IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.,<br><br>                    Plaintiff,<br>vs.<br><br>FIFTH THIRD BANCORP, et al<br><br>                    Defendants. | § § § § § § § § § § § | CASE NO. 2:12-CV-00213 |
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.,<br><br>                    Plaintiff,<br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al<br><br>                    Defendants. | § § § § § § § § § § § § § § | CASE NO. 2:12-CV-00208<br>[LEAD CASE]<br>CONSOLIDATED |

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO THE FIFTH THIRD DEFENDANTS**

WHEREAS, Plaintiffs LPL Licensing, LLC and Phoenix Licensing LLC (together, "Plaintiffs") and Defendants Fifth Third Bancorp and Fifth Third Bank (collectively "Fifth Third Defendants") have jointly filed a "Stipulation of Dismissal With Prejudice as to the Fifth Third Defendants" pursuant to Rule 41 of the Federal Rules of Civil Procedure; and

WHEREAS, the Court now finds that an order dismissing all claims asserted by Plaintiffs against the Fifth Third Defendants and all counterclaims asserted by the Fifth Third Defendants against Plaintiffs should be entered,

IT IS THEREFORE ORDERED that all claims asserted by Plaintiffs against the Fifth Third Defendants and all counterclaims asserted by the Fifth Third Defendants against Plaintiffs are dismissed with prejudice, each party to bear its own costs and fees.

**SIGNED this 28th day of May, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE